UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                             Case No. 04-CR-53

STREU CONSTRUCTION COMPANY,

      Defendant.

**ORDER**

On January 13, 2005, defendant Streu Construction Company was placed on probation for a period of five years and ordered to pay restitution in the amount of $480,000 and a fine in the amount of $320,000 following its conviction for acting in concert with other construction companies to submit "rigged" bids for construction projects in violation of 15 U.S.C. § 1. On April 14, 2006, a petition was filed by Daniel Sevasta, the supervising probation officer, advising the court that Streu Construction Company had been sold and requesting full payment of the outstanding financial obligations of the company. The restitution obligation had been paid in full, but the fine remained outstanding. Streu requested that it be allowed to continue to pay the fine over time as the court had ordered in its judgment, consistent with the plea agreement reached by the parties. The government, on the other hand, noted that having sold its assets, Streu should pay the fine in full at this time. The parties attempted to work out an arrangement that would allow payments to continue to be made over time, while at the same time providing the government with assurances that the outstanding liability was secure. The court has now been advised by the

government that defendant has failed to provide the information necessary to assure the government that the $320,000 fine will be paid.

Accordingly, **IT IS HEREBY ORDERED** that Streu Construction Company pay the fine in full from the proceeds that it received from the sale of its assets. Upon payment of the fine in full, **IT IS FURTHER ORDERED** that probation in this case shall be terminated.

Dated this  25th  day of July, 2006.

      s/ William C. Griesbach
      William C. Griesbach
      United States District Judge